UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TED MOORE | CIVIL ACTION NO. 06-1153 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CITY OF MONROE, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights claims against Defendants Fourth Judicial District Judge Benjamin Jones, Assistant District Attorney Nicholas Anderson, and Ouachita Parish Indigent Defense Attorneys Michael Courteau and Jay Nolen be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted, and for seeking monetary relief against defendants who are immune from suit pursuant to the provisions of 28 U.S.C. ' 1915(e)(2).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights claims against the remaining Defendants are **DISMISSED WITHOUT PREJUDICE** pursuant to *Heck v. Humphrey*.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction is **DENIED.**

**MONROE, LOUISIANA,** this 18th day of October, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE